IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DAVID S. KING,)
)
    Petitioner,)
)
v.) CASE NOS. CV416-176
) CR405-185
UNITED STATES OF AMERICA,)
)
    Respondent.)
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 2), to which Petitioner has filed objections (Doc. 4). After a careful de novo review of the record, the Court finds Petitioner's objections to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Petitioner's 28 U.S.C. § 2255 motion is **DISMISSED AS SUCCESSIVE**. In addition, Petitioner is not entitled to a Certificate of Appealability, rendering moot any request for in forma pauperis status on appeal. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 29th day of September 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA