UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.    ) <br> ) <br> David King    ) | 4:05CR00185-1 |

## ORDER

On December 7, 2023, the defendant, David King, filed a motion requesting early termination of his term of supervised release pursuant to 18 U.S.C. § 3583(e)(1). In support of his motion, the defendant indicates he has completed half of his term of supervised release and complied with his conditions of supervision. It is noted a violation report was submitted to the Court on April 27, 2023, based on King's use of marihuana and cocaine in April 2023.

The Court finds that on October 12, 2016, the defendant was sentenced to a total term of 210 months custody. These terms consisted of 120 months imprisonment, followed by a 3-year term of supervised release, for the offense of possession of a firearm by a convicted felon and 210 months imprisonment, followed by a 4-year term of supervised release, for possession with intent to distribute cocaine base (crack). The Court further ordered that the imprisonment terms and supervised release terms be served concurrently. It is noted that King was designated as a career offender at the time of sentencing. The defendant commenced supervised release on December 20, 2021.

The Court commends the defendant for his compliance with the conditions of supervision through the first twenty-four (24) months of the supervised release terms. While the defendant's compliance is noteworthy, the Court must carefully weigh favorable adjustment to supervision against the offenses of conviction and other factors. Based on the nature of the instant offense, the extent of the defendant's criminal history, and his use of drugs while on supervised release, the Court finds that continued supervision of this defendant remains necessary at this time. The defendant's motion for early termination of supervised release is **DENIED**.

SO ORDERED this 28th day of December, 2023.

_____
William T. Moore, Jr.
Judge, U.S. District Court